FILED
CLERK, U.S. DISTRICT COURT

JUL 21 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION　BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>Jennifer Holobovich<br><br>　　　　　　　Defendant. | Case No.: ED14MJ304<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Southern  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Unknown Background
- Unknown Bail Resources
- Present Allegations
- Prior FTA
- Submission to Detention

1

1 | and/or
2 | B.    ( )    The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the
4 | safety of any other person or the community if released under 18
5 | U.S.C. § 3142(b) or (c). This finding is based on the following:
6 | _____
7 | _____
8 | _____
9 | _____
10 |
11 |
12 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 | revocation proceedings.
14 |
15 | Dated: 7/21/14
16 | HONORABLE DAVID T. BRISTOW
    | United States Magistrate Judge

2